# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STEVEN HASTINGS**  **PLAINTIFF**
**ADC #171672**

v.  No: 3:21-cv-00181 JM

**JEREMY WILSON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE